83,324-01

Attention Court Clerk Abel Acosta
Court of Criminal Appeals
Larry Don Haley
            V,
State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Re: COA No: 10-13-00264-CR
        Tr. CT. No: 11-02213-CRF-272
        WR-83,324-01

I Larry Haley would like to Know what
it would cost To get copy of the
writ of Habeas Corpus, along with the reasons
it was denied.

            Thank you for your Time

            Larry Don Haley 1865148
            McConnell Unit
            3001 S. Emily Dr.
            Beeville, TX 78102